**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JESSICA STAUNCHES, on behalf of
herself and those similarly-situated,

    Plaintiff,

v.   Case No.: _____

CRIUS ENERGY MANAGEMENT,
LLC, a Delaware Limited Liability Company,

    Defendant.
_____/

## DEFENDANT CRIUS ENERGY MANAGEMENT, LLC'S NOTICE OF REMOVAL

Defendant CRIUS ENERGY MANAGEMENT, LLC ("Defendant"), through its undersigned counsel and pursuant to 28 U.S.C. § 1441, hereby removes this action from the Circuit Court in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of such removal states:

1.    Plaintiff Jessica Staunches ("Plaintiff") commenced this civil action in the Circuit Court in and for Pinellas County, Florida, Case No. **16-003724-CI**, on June 6, 2016, by filing a Complaint against Defendant alleging violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201-219 ("FLSA") and seeking declaratory relief pursuant to Fla. Stat. § 86.011.

2.    This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331.

3. Therefore, Plaintiff's claims may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

4. Defendant was served with the Complaint on June 10, 2016.

5. This Notice is timely filed within thirty days of service of the Complaint, as provided by 28 U.S.C. § 1446(b).

6. The events alleged by Plaintiff giving rise to this claim allegedly occurred in Pinellas County, Florida. (*See* Plaintiff's Complaint at Paragraph 4). Thus, venue properly lies in the United States District Court for the Middle District of Florida, Tampa Division.

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), copies of all process, pleadings, and orders served on Defendant are attached as composite *Exhibit 1*.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will be filed with the Circuit Court in and for Pinellas County, Florida, a copy of which is attached hereto as *Exhibit 2*.

WHEREFORE, on the basis of the foregoing, Defendant respectfully removes Plaintiff's Complaint from the Circuit Court in and for Pinellas County, Florida to this Court.

Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ Laura E. Prather*
Laura E. Prather, B.C.S.
TRIAL COUNSEL
Florida Bar No. 870854
E-mail: laura.prather@jacksonlewis.com
Andrew R. Lincoln, Esq.
Florida Bar No: 0069588
E-mail: andrew.lincoln@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:  813-512-3210
Facsimile:  813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2016, I filed *Defendant Crius Energy Management, LLC's Notice of Removal* with the Clerk of Court, United States Middle District of Florida – Tampa Division which will send an electronic notice to counsel of record, C. Ryan Morgan, Morgan & Morgan, P.A., 20 N. Orange Avenue, 16th Floor, P.O. Box 4979, Orlando, Florida 32802 (RMorgan@forthepeople.com, Csilva@forthepeople.com, and  sclark@forthepeople.com) .

　　　　　　　　　　　　　　　　　　　　*/s/ Laura E. Prather*
　　　　　　　　　　　　　　　　　　　　Attorney